In the Matter of SEYMOUR A. COLE, Respondent, against RAY LYBOLT et al., Constituting the Board of Fire and Police Commissioners of the City of Fulton, Appellants.

Argued October 2, 1946; decided October 17, 1946.

*Irving G. Hubbs, William S. Hillick* and *Dwight L. Murphy* for appellants.

*Harry M. Stacy* for respondent.

Order of Appellate Division reversed, the proceeding dismissed and determination of the appellants confirmed with costs, on the ground that the determination of the appellants as to the serious nature of the charges and as to petitioner's guilt was supported by substantial evidence. No opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, THACHER, DYE and FULD, JJ.